AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

### District of Minnesota

| | |
|---|---|
| **Donna Streier,** | **ORDER ON APPLICATION** |
| Plaintiff, | **TO PROCEED WITHOUT** |
| v. | **PREPAYMENT OF FEES** |
| **Enhanced Recovery Company,** | CASE NUMBER:   **CV 14-3056 (JRT/HB)** |
| Defendant. | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☐ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTERED this    19th    day of August, 2014.

s/ *Hildy Bowbeer*
Signature of Judicial Officer

HILDY BOWBEER, U.S. Magistrate Judge
Name and Title of Judicial Officer