

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse 515 West First Street Suite 417 Duluth, MN 55802 (218) 529-3500 | U.S. Courthouse 118 South Mill Street Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

August 19, 2014


Donna Streier
466 Kansas St.
Winona, MN 55987


Case Number: 0:14-cv-03056-JRT-HB

Case Title:    Streier v. Enhanced Recovery Company

Re: Application to Proceed in Forma Pauperis

Dear Ms. Streier:

Your Application to Proceed in Forma Pauperis was approved. Please complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to one of the office indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office.

Sincerely,
Deputy Clerk: Lynnette Brennan

Enc:    One (1) USM-285  Form
        Copy of Order [8] Granting App for IFP