# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Donna Streier,

                            *Plaintiff,*

v.                                    Case No. 0:14–cv–03056–JRT–HB

Enhanced Recovery Company,

                            *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Enhanced Recovery Company

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*      By:
*OF COURT*



Signature of Clerk or Deputy Clerk

Lynn P. Holden

Date of Issuance:  August 26, 2014

# Summons and Complaint Return of Service

Case No. 0:14–cv–03056–JRT–HB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Enhanced Recovery Company

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____