# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier, | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No:   14-CV-3056 (JRT/HB) |
| v. | |
| Enhanced Recovery Company, LLC, | |
| Defendant | |

The undersigned attorney hereby notifies the Court and counsel that James V. F. Dickey shall appear as counsel of record for Defendant Enhanced Recovery Company, LLC in this case.

DATED: October 27, 2014     **MOHRMAN, KAARDAL & ERICKSON, P.A.**

__s/ James V. F. Dickey_____
William F. Mohrman #168816
James V. F. Dickey #393613
150 South Fifth Street, Suite 3100
Minneapolis, MN  55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email: mohrman@mklaw.com
Email: dickey@mklaw.com

ATTORNEYS FOR DEFENDANT ENHANCED RECOVERY COMPANY, LLC