**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Donna Streier,

             Plaintiff,

v.

Enhanced Recovery Company, LLC,

             Defendant.

Court File No. 14-CV-3056 (JRT/HB)

**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S CORPORATE DISCLOSURE STATEMENT**

---

Defendant, Enhanced Recovery Company, LLC ("Defendant"), hereby submits the following Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Defendant, Enhanced Recovery Company, LLC, is a limited liability company organized under the laws of Delaware and is wholly owned by ERC Holdings, LLC. There is not a publicly traded company that owns 10 percent or more of Defendant's stock.

Dated:  October 27, 2014.

**MOHRMAN, KAARDAL & ERICKSON, P.A.**

 s/ James V. F. Dickey
William F. Mohrman (#168816)
James V. F. Dickey (#393613)
150 South Fifth Street, Suite 3100
Minneapolis, MN  55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email: dickey@mklaw.com
ATTORNEYS FOR DEFENDANT ENHANCED RECOVERY COMPANY, LLC

1