## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier,<br><br>          Plaintiff,<br><br>v.<br><br>Enhanced Recovery Company, LLC,<br><br>          Defendant. | Court File No. 14-CV-3056 (JRT/HB)<br><br>**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S NOTICE OF HEARING REGARDING MOTION TO EXTEND TIME TO ANSWER** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Enhanced Recovery Company, LLC ("ERC"), by and through undersigned counsel, will bring on for hearing a Motion to Extend Time to Answer in the above-captioned action, before the Honorable Hildy Bowbeer, United States Magistrate Judge for the District of Minnesota, in Courtroom 6B of the United States District Court, 316 N. Robert Street, St. Paul, MN 55101, on November 13, 2014, at 10:00 A.M.

Dated: October 27, 2014.        **MOHRMAN, KAARDAL & ERICKSON, P.A.**

                                                    /s James V. F. Dickey
                                              William F. Mohrman (#168816)
                                              James V. F. Dickey (#393613)
                                              150 South Fifth Street, Suite 3100
                                              Minneapolis, MN  55402
                                              (612) 341-1074

                                              ATTORNEYS FOR DEFENDANT ENHANCED
                                              RECOVERY COMPANY, LLC