## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier,<br>          Plaintiff,<br>v.<br>Enhanced Recovery Company, LLC,<br>          Defendant. | Court File No. 14-CV-3056 (JRT/HB)<br><br>**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S LOCAL RULE 7.1 MEET AND CONFER STATEMENT** |

Pursuant to Local Rule 7.1(a), Defendant attempted to meet and confer with Plaintiff to resolve this motion, but Plaintiff was unresponsive to Defendant's efforts regarding this motion until after the time to answer had passed, at which time Plaintiff stated she would consent to an additional 7 days to answer. *See Declaration of Rocky Landoll*, October 17, 2014; *Declaration of Scott Gallagher*, October 22, 2014. However, it is unknown at this time whether Plaintiff will sign a stipulation to that effect. *Id.* Defendant will continue to attempt to meet and confer with Plaintiff to resolve this motion and will supplement this motion with another meet-and-confer statement when the parties are able to meet and confer and/or will notify the Court of any resolution of

1

this motion with a joint stipulation.

| | |
|---|---|
| Dated:  October 27, 2014. | **MOHRMAN, KAARDAL & ERICKSON, P.A.** |

  s/ James V. F. Dickey
William F. Mohrman (#168816)
James V. F. Dickey (#393613)
150 South Fifth Street, Suite 3100
Minneapolis, MN  55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email: mohrman@mklaw.com
Email: dickey@mklaw.com
ATTORNEYS FOR DEFENDANT ENHANCED RECOVERY COMPANY, LLC