**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

*Donna Streier*
        Plaintiff(s)

**CERTIFICATE OF SERVICE**

v.

Case No.: *14-CV-3056 (JRT/HB)*

*Enhanced Recovery Company, LLC*
        Defendant(s)


I hereby certify that on October 27, 2014, I caused the following documents:

*Notice of Appearance – James V. F. Dickey;*
*Notice of Appearance – William F. Mohrman;*
*Corporate Disclosure Statement;*
*Motion to Extend Time to Answer;*
*Notice of Hearing on Motion to Extend Time to Answer;*
*Memorandum of Law in Support of Motion to Extend Time to Answer;*
*Declaration of Scott Gallagher;*
*Declaration of Rocky Landoll;*
*Declaration of James V. F. Dickey with Exhibits 2-4;*
*Meet and Confer Statement; and*
*Proposed Order;*

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Defendant – Pro Se:*
*Donna Streier*
*466 Kansas Street*
*Winona, MN 55987*


Dated: October 27, 2014
        **s/ James V. F. Dickey**
        James V. F. Dickey