UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
NOV 06 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Donna Streier, Plaintiff

Vs.

Enhanced Recovery Company, LLC

Defendant

Case No. 14-CV-3056 (JRT/HB)

Plaintiff's answer to defendant's request for extension of time to file

---

Plaintiff, Donna Streier, comes before this court in an attempt to set the record straight. Unfortunately the defendants misrepresented the facts. The defendants are stating that the reason they did not file their response in a timely manner was because I was unresponsive. Attached is an affidavit with supporting documents showing ample evidence that nothing could be further from the truth. I have documented evidence that I attempted settlement on a minimum of four separate occasions with no response from defendants.

When I filed this case I provided pictures and a call log of twenty three calls I received on my cell phone from defendants Enhanced Recovery Company, LLC, I dispute their claim that they called me 4 times.

I have attached an affidavit (See Exhibit A) with the supporting emails and letters ERC has received from me.

As stated to Enhanced Recovery Company, LLC., I have no objection to an enlargement of time for them to file their response. I do dispute the misrepresentation of the facts in regards to the allegation that I have been unresponsive and that only four calls were made to my cell phone.

*Donna Streier* (signature)
Donna Streier

612-562-4794

dstreierbusiness@yahoo.com

SCANNED
NOV 06 2014
U.S. DISTRICT COURT ST. PAUL