# MOHRMAN, KAARDAL & ERICKSON, P.A.

### ATTORNEYS AND COUNSELORS AT LAW

150 SOUTH FIFTH STREET
SUITE 3100
MINNEAPOLIS, MINNESOTA  55402

JAMES V. F. DICKEY

TELEPHONE: 612/465-0960
FACSIMILE: 612/341-1076
WRITER'S E-MAIL: Dickey@mklaw.com

November 7, 2014

Via ECF, E-mail, and U.S. Mail

The Honorable Hildy Bowbeer
United States Magistrate Judge
United States District Court
632 Federal Building
316 N. Robert Street
St. Paul, Minnesota 55101

   **RE:   Resolution of Defendant's Motion to Extend Time to Answer
            Case No. 14-CV-03056 (JRT/HB)**

Dear Judge Bowbeer:

   I represent the Defendant in the above referenced action. I am writing this letter to you at the suggestion of your clerk Judith Kirby.

   Defendant filed a motion for extension of time to Answer the Complaint [Docket No. 15]. Plaintiff is representing herself pro se. Yesterday, Plaintiff filed a response [Docket No. 23] to Defendant's motion in which she stated at the end of her response, "I have no objection to an enlargement of time for them [Defendant] to file their response." Therefore, it appears that Plaintiff does not oppose the Court's granting of an extension of time to answer the Complaint.[1]

   Based on Plaintiff's response, Defendant believes that the Court can grant Defendant's motion on the papers and without a formal hearing, which would free up that hearing time on the Court's calendar and save the parties time and expense, especially given that Plaintiff resides in Winona. Defendant is therefore willing to relinquish the

---

[1] Plaintiff also made arguments and statements in the response that Defendant had misrepresented facts related to the motion.  Defendant of course disagrees with these arguments and statements.  However, because it appears that Plaintiff does not oppose the motion, Defendant will not respond to these arguments and statements.

The Honorable Hildy Bowbeer
November 7, 2014
Page 2

hearing date for the above-described motion if the Court believes it can grant the motion on the papers.

Very truly yours,


  /s/ James V. F. Dickey
James V. F. Dickey

JVFD/mg
Cc:    Donna Streier (via U.S. Mail)
       Scott Gallagher (via E-mail)