# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Donna Streier,

            Plaintiff,

vs.

Enhanced Recovery Company, LLC,

            Defendant.

Civil No. 14-3056 (JRT/HB)

**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on Defendant Enhanced Recovery Company, LLC's Motion to Extend Time to Answer (ECF No. 15), filed on October 27, 2014, seeking to extend its time to answer the complaint in this matter pursuant to Fed.R.Civ.P. 6(b)(1)(B). A hearing on Defendant's motion was set for November 13, 2014 at 10:00 a.m.

On November 6, 2014, Plaintiff filed her response to the motion, indicating that she does not have an objection to an enlargement of time for Defendant to respond (ECF No. 23). Having reviewed the motion, the response, and all of the files and records herein,

**IT IS HEREBY ORDERED** that the motion (ECF No. 15) is **GRANTED** and Defendant Enhanced Recovery Company, LLC shall have until and including **November 17, 2014** to answer or otherwise respond to Plaintiff's Complaint.


Dated: November 10, 2014

      s/ *Hildy Bowbeer*
      HILDY BOWBEER
      United States Magistrate Judge